UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

ROSEAN COBLE,

               Defendant.

CASE NO.: 24 Mag. 843 (UA)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On July 10, 2025, Defendant Rosean Coble filed a letter-motion (the "Motion") seeking reconsideration of the March 27, 2025 order issued by the Honorable Loretta A. Preska following a bail hearing that day (the "Mar. 27 Hearing") denying Mr. Coble's application for bail and ordering him detained (the "Detention Order"). On July 18, 2025, the Government filed a letter in opposition to the Motion. On July 31, 2025, the Court held a telephonic hearing (the "July 31 Hearing"), for which Mr. Coble was present.

As discussed during the Hearing, to mount a challenge to the Detention Order, Mr. Coble was required to establish that: (i) new information exists that was not known to him at the time of the Mar. 27 Hearing, and (ii) the new information is material to the issue of detention. See 18 U.S.C. § 3142(f). For the reasons stated on the record during the Hearing, Mr. Coble did not establish both elements of § 3142(f), and therefore, the Motion is DENIED.

Dated:      New York, New York
           July 31, 2025

                             SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**